Case 1:15-cv-09958-AJN-JCF   Document 10   Filed 02/22/16   Page 1 of 10

Case 1:15-cv-09958-AJN-JCF   Document 7   Filed 01/13/16   Page 4 of 10
Case 1:15-cv-09958-AJN   Document 5-2 (Court only)   Filed 01/13/16   Page 1 of 7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

David Shuler

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Police at 103 Precinct
EDBurns Ave
Police office
Lance Walter

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**AMENDED COMPLAINT**
under the Civil Rights Act,
42 U.S.C. § 1983

Jury Trial: ☒ Yes   ☐ No
(check one)

15 Civ. 9958 AJN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/16

I.   Parties in this complaint:

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff's   Name David Shuler
              ID# 441-1407526
              Current Institution AMKC
              Address 18-18 Hazen St.
              East Elmhurst Queens NY 11370

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name Lance Walter   Shield # 951417
                  Where Currently Employed 103 Precinct
                  Address

Rev. 01/2010                                1

Defendant No. 2   Name _____ Shield # _____
                  Where Currently Employed ___ N/A
                  Address _____

Defendant No. 3   Name _____ Shield # _____
                  Where Currently Employed ___ N/A
                  Address _____

[Who did what?]

Defendant No. 4   Name _____ Shield # _____
                  Where Currently Employed ___ N/A
                  Address _____

Defendant No. 5   Name _____ Shield # _____
                  Where Currently Employed ___
                  Address _____

II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?
   A.M.KC

B. Where in the institution did the events giving rise to your claim(s) occur?
   Perry Building

C. What date and approximate time did the events giving rise to your claim(s) occur?
   8/14/14  about 11:00pm

[What happened to you?]

D. Facts: I was being Releace from A.MKC. and as I got ready to go outside there was three officer there to pick me up

Rev. 01/2010                              2

**ANDREW F. PLASSE & ASSOCIATES LLC**
ATTORNEY AT LAW
352 Seventh Avenue, Suite 1222
New York, NY 10001-5012
[212] 695-5811

April 21, 2015

David Shuler (441-14-07526)
Anna M. Kross Center
18-18 Hazen Street
East Elmhurst, NY 11370

RE:   Claim against the City of New York

Dear David:

The Notice of Claim has to be filed within 90 days of the date of the incident. If it isn't filed, which is what occurred here, you have up to one year to petition the Court for Permission to File a Late Notice of Claim. There is a specified criterion that needs to be met to win the Motion, but in sum and substance, the short version is that you need documentary evidence that the incident occurred. This would be met by having an arrest report – I have NYC Rikers Island Records, which demonstrate mandible fracture closed, but no arrest reports, or any incident reports. I am sending out another request to Mr. Colihan for this information, for whatever good that is going to do for me.

Bottom line – you were arrested on August 16, 2014 for an unspecified charge on the website with a Queens Index Number. You have an attorney on your case right now. Ask your criminal attorney to send me or you, copies of the Arrest reports for August 16, 2014. If he or she doesn't have them, tell them to get the reports for you and to send them to me, or get them from the court or Rikers Island Records on your own. I need some report that you were arrested on August 16, 2014 – even if it doesn't include information about how you were injured, just to prove the fact that police were involved.

Otherwise, I cannot do the Motion to File a Late Claim. You can still file a Civil Rights claim against the individual officers without having to file the Notice of Claim. You have up to three years to do that, but I need the names of the Officers. So get me the names of the Officers who injured you. It can't be that hard to get it from your criminal attorney or the criminal court.

One more thing. Even if you filed a Grievance, that would at least be some type of evidence I can use. I don't know if you did that, but if so, let me know.

**ANDREW F. PLASSE & ASSOCIATES LLC**
ATTORNEY AT LAW
163-07 Depot Road, Suite 205
Flushing, NY 11358
[212] 695-5811

June 10, 2015

David Shuler (441-14-07526)
Anna M. Kross Center
18-18 Hazen Street
East Elmhurst, NY 11370

RE:   Claim against the City of New York

Dear Mr. Shuler:

I received your recent letter dated June 1, 2015. Please note the change of address for all future correspondence.

I am enclosing a Consent to Obtain your File from Debra Friedenberg. Please sign this before a Notary Public and return to my office.

Perhaps your letter to her will be sufficient for her to send me what I need.

It always seems odd to me that my clients in civil claims do not have copies of the Accusatory Instruments. You don't have a copy of the Indictment or accusatory instrument? Isn't that something they are required to give to you?

As I am sure you know, you have up to one year to file the Claim under State Law against the City of New York for Assault and Battery. The Motion for filing the Late Notice of Claim has to be made before that one year period. In other words, as long as the Motion is filed, it is timely. Whether the Court grants or denies it is another thing.

Under the Federal Civil Rights Statute, you have up to three years to file the Summons and Complaint against the individual officers. Whereas in a claim against the City of New York you are not entitled to punitive damages, in a Civil Rights claim you are entitled to punitive damages, if proven, and attorney fees. So even if we don't get the information we need in tine, you might actually be better off filing a 1983 action than a Claim under State Law for Assault and Battery.

> As I got ready to walk out the Officer's told me they needed to TALK to me about something, he Ask me are you MR. DAVID Shuler, I said yes he told me I need To put my hand's behind my Back I said for what he told Me that I had to Come with Them to the 103 Pt. I said I'm Not going No where Next thing I know I was hit IN the Jaw with a walke talkie which happen To break my Jaw. I never New That my Jaw was broken until I got x rays on my Jaw weeks latter, then I was told I had a broken Jaw

*Was anyone else Involved?*

*Who else saw what happened?*

### III.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

> After that I was Sent to Bellview Hospial which I was Place on a Spicial Diect for three Month like tecp like Soup because I Couldn't Chew Nothing

### IV.   Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓   No ___

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). **AMKC**

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓   No ___   Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ___   No ✓   Do Not Know ___

If YES, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ___   No ✓

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ___   No ✓

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? **NONE**

1. Which claim(s) in this complaint did you grieve? **NONE**

2. What was the result, if any?

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process.

**NONE**
**Not a grievance Issue**

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

**NONE**

Rev. 01/2010                                   4

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

I went to the Doctor about my jaw which I found out it was Broken

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

N/A

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I want the Court to look into this because the police Had no right to hit me with No walkie talkie so I want them to pay for my suffering For eight week's pay me 2 million Dollars

Rev. 01/2010                                    5

VI. **Previous lawsuits:**

On these claims

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No ✓

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____ N/A _____
Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

N/A 3. Docket or Index number _____
N/A 4. Name of Judge assigned to your case _____
5. Approximate date of filing lawsuit _____
6. Is the case still pending? Yes ____ No ✓
If NO, give the approximate date of disposition _____
7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

N/A

On other claims

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ____ No ✓

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____ N/A _____
Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

____ 3. Docket or Index number _____ N/A
____ 4. Name of Judge assigned to your case _____
____ 5. Approximate date of filing lawsuit _____

*Rev. 01/2010*                                    6

6. Is the case still pending? Yes _____ No ✓
   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) __N/A__

I declare under penalty of perjury that the foregoing is true and correct.

Signed this **23** day of **Jan**, 20**16**.

Signature of Plaintiff _____
Inmate Number   441-1407526
Institution Address   18-18 Hazen St.
                     East Elmhurst
                     Queens N.Y. 11370

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this **23** day of **Jan**, 20**16** I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

David Shuller 441-14/07526



THE CITY OF NEW YORK
DEPARTMENT OF CORRECTION
ANNA M. KROSS CENTER
18-18 HAZEN STREET
EAST ELMHURST, N.Y. 11370



Alison J. Nathan, United State Dis-
Judge: Southern Distirt of New York
500 Pearl Street N.y. N.y. 1000
RM. 200

Legal Mail